# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **ROSA ROMERO** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Cause of Action No. 4:22-cv-211** |
| | § | |
| **FIESTA MART, L.L.C. d/b/a** | § | |
| **Fiesta #39** | § | |
| *Defendant.* | § | |

## DEFENDANT'S NOTICE OF REMOVAL

TO:     The Honorable United States District Court for the Southern District of Texas, Houston

Division:

Defendant Fiesta Mart, LLC (incorrectly named as "Fiesta Mart, L.L.C. d/b/a Fiesta #39)

("Defendant" herein) files this notice of removal under 28 U.S.C. §1446(a) to the United States

District Court for the Southern District of Texas, Houston Division, and would respectfully show:

### A. Introduction

1.      On January 11, 2022, Plaintiff Rosa Romero sued Defendant Fiesta Mart, LLC in the 125th

Judicial District Court in Harris County, Texas. *See* Exhibits "1" and "2".  In her suit styled *Rosa*

*Romero v. Fiesta Mart, L.L.C. d/b/a Fiesta #39;* Cause No. 2022-01688, Plaintiff alleges causes

of action of premises liability and negligence, related to an alleged slip and fall on Defendant's

premises. *See* Exhibit "3". Plaintiff plead damages between $250,000 and $1,000,000.

2.      Defendant was served with the suit on January 13, 2022 by a process server. *See* Exhibit

"4". Defendant's first notice of the lawsuit was on January 13, 2022. Defendant answered the

Petition on January 20, 2022. *See* Exhibit "5". Defendant files this notice of removal within the

30-day time period required by 28 U.S.C. §1446(b). *Bd. of Regents of Univ. of Tex. Sys. v. Nippon*

*Tel. & Tel. Corp.*, 478 F.3d 274, 278 (5th Cir. 2007).

<u>B. Basis for Removal</u>

3.     Removal is proper because there is complete diversity between the parties. 28 U.S.C.

§1332(a); *Johnson v. Columbia Props. Anchorage, L.P.*, 437 F.3d 894, 899-900 (9th Cir. 2006).

Plaintiff is a citizen of Texas. Fiesta Mart, LLC, the Defendant, is a limited liability company.

Therefore, its citizenship is determined by the citizenship of its members. *See, e.g.*, *Harvey v. Grey*

*Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008). The sole member of Fiesta Mart, LLC. is

Bodega Latina Corp., a corporation incorporated under the laws of the State of Delaware with its

principal place of business, now and when the case commenced, in California. The corporate

structure of Fiesta has not changed since the time the affidavit included as Exhibit 8 was executed.

Because Fiesta takes the citizenship of its sole member, Fiesta is therefore a citizen of Delaware

and California and of no other state. *See Harvey*, 542 F.3d at 1080. *See* Exhibit "8".

4.     Additionally, the amount in controversy exceeds $75,000, excluding interest and costs.

28 U.S.C. §1332(a); *Andrews v. E.I. du Pont de Nemours & Co.*, 447 F.3d 510, 514-15 (7th Cir.

2006). Plaintiff pleads for damages between $250,000 and $1,000,000. *See* Exhibit "3",

Paragraph 3.1.

5.     Plaintiff seeks recovery for past and future pain and mental anguish, loss of earning

capacity in the past and the future, loss of wages and earnings in the past and future, disfigurement

in the past and future, past and future physical impairment, and past and future medical expenses

*See* Exhibit "3".

6.     The Fifth Circuit has held that a court can "determine that removal [is] proper if it is facially

apparent" that the claims alleged in the petition "are likely above" the jurisdictional minimum.

*Allen v. R & H Oil & Gas. Co.* 63 F.3d 1326, 1335 (5th Cir. 1995).  The "facially apparent"

evaluation is done by looking "at the face of the complaint [and] asking whether the amount in

controversy [is] likely to exceed" the jurisdictional amount. *Id*. at 1336.

7.      Based on the nature of Plaintiff's claims that she sustained injuries and damages for which she seeks recovery past and future pain and mental anguish, loss of earning capacity in the past and the future, loss of wages and earnings in the past and future, disfigurement in the past and future, past and future physical impairment, and past and future medical expenses, prejudgment and post judgment interest and costs of , and that Plaintiff seeks between $250,000 and $1,000,000 in damages, it is apparent on the face of Plaintiff's Original Petition that the damages sought by Plaintiff are more likely than not to exceed the minimal amount. *Gerbia v. Wal-Mart Stores, Inc*., 233 F.3d 880, 883 (5th Circuit 2000) (it was "facially apparent" that petition in slip and fall case satisfied amount in controversy requirement).

8.      Copies of all pleadings, process, orders, and other filings in the state court suit are attached to this notice as required by 28 U.S.C. §1446(a).  *See* Exhibits "1" through "7".

9.      Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending is located in this district.

10.      Defendant will promptly file a copy of this Notice of Removal with the clerk of the state court where the suit has been pending. *See* Exhibit "7".

## C. Jury Demand

11.      Defendant demands a trial by jury.

## D. Conclusion

12.      Removal of this action is proper under 28 U.S.C. § 1441, since it is a civil action brought in state court over which this Court has original jurisdiction under 28 U.S.C. § 1332 because Plaintiff and Defendant are diverse in citizenship.

13.      For these reasons, Defendant asks the court to remove the suit to the United States District Court for the Southern District of Texas, Houston Division.

Respectfully submitted,

**DORSETT, JOHNSON & SWIFT, LLP**

By: _____
C. Robert Dorsett
Attorney-in-Charge
Federal Bar No. 626099
State Bar No. 24029524
Jessica A. Putonti
State Bar No. 24041295
3503 Wild Cherry Dr., Bldg 6
Austin, Texas 78738
Telephone: (512) 600-4365
Facsimile: (512) 266-3655
E-mail: eservice@dorsettjohnson.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am a member of the firm of Dorsett Johnson & Swift, LLP, attorneys for the Defendant herein, and that I have provided a copy of the foregoing to all counsel of record as reflected below this 21th day of January 2022.

***Via Electronic Case Filing and***
***Electronic mail***
The Huynh Law Firm, PLLC
Pavel "Paul" Savinov
Sarah Y-Nhi Huynh
Michael Alvarez
6100 Corporate Drive, Suite 110
Houston, Texas 77036
Eservice@thehuynhlawfirm.com

_____
C. Robert Dorsett, Jr.

EXHIBIT "1"

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ROSA ROMERO** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Cause of Action No.** |
| | § | |
| **FIESTA MART, L.L.C. d/b/a** | § | |
| **Fiesta #39** | § | |
| *Defendant.* | § | |

<u>**INDEX OF DOCUMENTS FILED**</u>

As required under Local Rule 81, the following is a list of the documents being filed with

the Fiesta Mart, L.L.C.'s ("Fiesta") Notice of Removal in this action:

| Exhibit | Description |
|---|---|
| 1. | Index of Documents Filed |
| 2. | Docket Sheet for Cause No. 2022-01688.; *Rosa Romero v Fiesta Mart, LLC d.b.a Fiesta #39;* In the 125th Judicial District Court of Harris County, Texas. |
| 3. | Plaintiff's Original Petition, filed January 11, 2022 |
| 4. | Service of Process for Fiesta Mart, LLC with Civil Process Request |
| 5. | Defendant Fiesta Mart LLC's Original Answer, filed January 20, 2022 |
| 6. | List of Counsel of Record |
| 7. | Notice of Removal in State Court |
| 8. | Affidavit of Michael Saltzstein |

EXHIBIT "2"

**HCDistrictclerk.com**     ROMERO, ROSA vs. FIESTA MART L L C (DBA FIESTA          1/20/2022
#39)

Cause: 202201688          CDI: 7      Court: 125

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|--------|----------|-----------|------|-----|
| 99952741 | DEFENDANT FIESTA MART LLCS ORIGINAL ANSWER SPECIAL EXCEPTION AND AFFIRMATIVE DEFENSES | | 01/20/2022 | 4 |
| | DEFENDANT FIESTA MART LLCS ORIGINAL ANSWER SPECIAL EXCEPTION AND AFFIRMATIVE DEFENSES | | 01/20/2022 | |
| 99789961 | Plaintiff's Original Petition and Jury Demand | | 01/11/2022 | 5 |
| -> 99789962 | Request for Issuance of Service | | 01/11/2022 | 2 |

EXHIBIT "3"

1/11/2022 10:41 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 60698817
By: Joshua Hall
Filed: 1/11/2022 10:41 AM

Cause No. _____

| | | |
|---|---|---|
| Rosa Romero | § | In the District Court |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | _____ Judicial District |
| | § | |
| Fiesta Mart, L.L.C. d/b/a | § | |
| Fiesta #39, | § | |
| | § | |
| Defendant. | § | Harris County, Texas |

### Plaintiff's Original Petition and Jury Demand

Plaintiff Rosa Romero ("Plaintiff") hereby brings various causes of action against Defendant Fiesta Mart, L.L.C. d/b/a Fiesta #39 ("Defendant"), and respectfully shows the Court the following:

### I.  Discovery Control Plan

1.1.    Plaintiff intends to conduct discovery in this matter under Level 3 of the Texas Rules of Civil Procedure.

### II.  Jurisdiction and Venue

2.1.    The court has jurisdiction over this controversy because the damages are within the jurisdictional limits of this court. Venue is proper in Harris County, Texas, because the cause of action accrued in whole or in part in Harris County.

### III. Statement Regarding Monetary Relief Sought

3.1    Pursuant to Texas Rule of Civil Procedure 47(c), Plaintiff seeks monetary relief over $250,000.00 but less than $1,000,000.00, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney's fees and judgment for all other relief to which Plaintiff is justly entitled. Plaintiff expressly reserves the right to amend this Rule 47 statement of relief if necessary.

## IV. Parties

4.1     Plaintiff is an individual who resides in Harris County, Texas.

4.2     Defendant Fiesta Mart, L.L.C. d/b/a Fiesta #39 is a domestic company doing business in Texas for profit. Defendant Fiesta Mart, L.L.C. may be served through its registered agent:  C T Corporation System at 1999 Bryan St., Ste. 900, Dallas, Texas 75201-3136. Plaintiff requests that a citation be issued.

## V.  Causes of Action

5.1     The events giving rise to this cause of action occurred on or about October 31, 2020. Plaintiff Rosa Romero was an invitee at Fiesta #39, located at 8710 Bellaire Boulevard, Houston, Texas 77036 ("the subject grocery store"). This was the subject grocery store at which Plaintiff was shopping at the time of the incident. Defendant owned and maintained the subject premises. As Plaintiff was shopping inside the subject grocery store, Plaintiff slipped on liquid located in one of the store aisles. The aisle floor was not slip resistant, nor did Defendant adequately maintain the aisle. Plaintiff's feet slipped out from under her and she was unable to maintain her balance, fell to the floor, and suffered serious bodily injuries.

5.2     Defendant is liable to Plaintiff under the theory of premises liability and negligence, including, but not limited to, the following:

        a.      Negligently allowing the premises to become dangerous;

        b.      Negligently permitting the dangerous conditions to exist;

        c.      Failing to keep the store floor in a reasonably safe condition by keeping the floor free of slippery conditions, substances, and/or liquids;

      d.      Failing to inspect the premises to discover the existence of slippery conditions, substances, and/or liquids on the floor;

      e.      Failing to correct the condition by taking reasonable measures to safeguard customers;

      g.      Failing to give adequate warning of the existence of the dangerous condition, despite the fact that the Defendants, their agents, servants, and/or their employees knew, or in the exercise of ordinary care, should have known of the existence of the dangerous conditions and their potential for injury; and

      h.      Other acts and omissions constituting negligence.

5.3    Plaintiff will show that, based on the above-described facts, Defendant was negligent. Defendants, as occupier and owner of the premises with control over the premises, owed Plaintiff a duty to warn and make safe the defective condition existing on Defendant's premises. Furthermore, Plaintiff was an invitee at the time of injury. Defendant owed a duty to exercise ordinary care to keep the premises in a reasonably safe condition, inspect the premises to discover latent defects, and to make safe any defects or give an adequate warning of any dangers.

5.4    As a result, Defendant's negligent acts and/or omissions, whether taken singularly, or in any combination, were a proximate cause of Plaintiff's injuries and damages.

## VI. **Damages**

6.1    As a direct and proximate result of the above-described actions of Defendant, Plaintiff would show that she has suffered actual damages within the jurisdictional limits of this Court. The maximum damages Plaintiff seeks at this time are less than $1,000,000.00. The elements of Plaintiff's damages are as follows:

1) Physical pain and mental anguish in the past and future;

2) Loss of earning capacity in the past and the future;

3) Loss of wages and earnings in the past and the future;

4) Disfigurement in the past and the future;

5) Physical impairment in the past and the future;

6) Medical care in the past and the future; and

7) All other damages allowed by law and equity.

## VII.   Jury Demand

7.1    Plaintiff hereby demands a trial by jury.

## VIII.   Designated E-Service Email Address

8.1    The following is the undersigned attorney's designated e-service email address for all e-served documents and notices, filed and unfiled, pursuant to Tex. R. Civ. P. 21(f)(2) & 21(a): eservice@thehuynhlawfirm.com. This is the undersigned's only e-service email address, and service through any other email address will be considered invalid.

## IX. Rule 193.7 Notice

9.1    Plaintiff hereby gives actual notice to Defendant that any and all documents produced may be used against Defendant at any pre-trial proceeding and/or at trial of this matter without the necessity of authenticating the documents.

## Prayer

For these reasons, Plaintiff prays this cause be set for trial before a jury, that she recover judgment of and from the Defendant for the actual damages in such amount as the evidence may show, and the jury may determine to be proper, together with pre-judgment interest, post-judgment

4

interest, costs of court, and such other and further relief to which she may show herself to be justly entitled.

Respectfully submitted,

**THE HUYNH LAW FIRM, PLLC**

*/s/ Paul Savinov*
PAVEL "PAUL" SAVINOV
SBN: 24086698
psavinov@thehuynhlawfirm.com
SARAH Y-NHI HUYNH
SBN: 24092558
shuynh@thehuynhlawfirm.com
MICHAEL ALVAREZ
SBN: 24068754
malvarez@thehuynhlawfirm.com
6100 Corporate Drive, Suite 110
Houston, Texas 77036
Tel.: (281) 702-8128
Fax: (281) 712-7170
E-Service E-mail: eservice@thehuynhlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

EXHIBIT "4"

 **CT Corporation**

**Service of Process Transmittal**
01/13/2022
CT Log Number 540877293

TO: Joe Angulo
Bodega Latina Corporation
14601B LAKEWOOD BLVD
PARAMOUNT, CA 90723-3602

RE: **Process Served in Texas**

FOR: Fiesta Mart, L.L.C.  (Domestic State: TX)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: Rosa Romero // To: Fiesta Mart, L.L.C. |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 202201688 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/13/2022 at 01:32 |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air |
| | Image SOP |
| | Email Notification,  Monica Penichet  monica.penichet@blcmarkets.com |
| | Email Notification,  Juan Ramos  juan.ramos@blcmarkets.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>866-203-1500<br>DealTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

 Wolters Kluwer

## PROCESS SERVER DELIVERY DETAILS

**Date:**                          Thu, Jan 13, 2022

**Server Name:**               Ronald Cobb

| Entity Served | FIESTA MART, L.L.C. |
|---|---|
| Case Number | 202201688 |
| Jurisdiction | TX |



Receipt Number: 940114
Tracking Number: 73959773

EML
**COPY OF PLEADING PROVIDED BY PLT**

DELIVERED THIS 13th DAY OF January
AT 10 40 (A)/PM
BY: _____
PROFESSIONAL CIVIL PROCESS
INITIALS: ___ LIC# 4514

CAUSE NUMBER: 202201688

PLAINTIFF: ROMERO, ROSA

vs.

DEFENDANT: FIESTA MART L L C (DBA FIESTA #39)

In the 125th Judicial

District Court of

Harris County, Texas

---

CITATION

THE STATE OF TEXAS
County of Harris

TO: FIESTA MART L L C (DBA FIESTA #39) (A DOMESTIC COMPANY) DOING BUSINESS IN TEXAS FOR PROFIT MAY BE SERVED BY SERVING THROUGH ITS REGISTERED AGENT: C T CORPORATION SYSTEM

1999 BRYAN ST STE 900

DALLAS TX 75201-3136

   Attached is a copy of PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND.

This instrument was filed on January 11, 2022, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

   ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this January 11, 2022.



*Marilyn Burgess*

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002


Generated By: JOSHUA HALL

Issued at request of:
SAVINOV, PAVEL
6100 CORPORATE DRIVE, SUITE 110
HOUSTON, TX 77036
281-702-8128

Bar Number: 24086698

Tracking Number: 73959773
EM1

CAUSE NUMBER: 202201688

| | |
|---|---|
| PLAINTIFF: ROMERO, ROSA | In the 125th |
| vs. | Judicial District Court |
| DEFENDANT: FIESTA MART L L C (DBA FIESTA #39) | of Harris County, Texas |

### OFFICER/AUTHORIZED PERSON RETURN

Came    to    hand    at    _____o'clock    ____.    M.,    on    the    _____    day    of
_____, 20_____.
Executed at   (address)   _____
in _____ County _____
at _____ o'clock    ____.    M.,    on    the    _____    day    of
_____, 20 _____,
by delivering to _____ defendant,
in person, a true copy of this
Citation    together    with    the    accompanying    _____    copy(ies)    of    the
_____ Petition
attached thereto and _ endorsed on said copy of the Citation the date of delivery.
To   certify   which   I   affix   my   hand   officially   this   _____   day   of
_____, 20 _____.

FEE: $ _____          _____

                            _____ of _____

County, Texas
_____          By: _____
         Affiant                              Deputy

On this day, _____, known to me to be
the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited
on the return.

SWORN    TO    AND    SUBSCRIBED    BEFORE    ME    on    this    _____    of
_____, 20 _____

_____
Notary Public

EXHIBIT "5"

1/20/2022 1:50 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 60993888
By: Iliana Perez
Filed: 1/20/2022 1:50 PM

## CAUSE NO: 2022-01688

| | | |
|---|---|---|
| **ROSA ROMERO** | § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § | |
| | § | |
| **vs.** | § | |
| | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **FIESTA MART, L.L.C. d/b/a** | § | |
| **Fiesta #39** | § | |
| *Defendant.* | § | **125**<sup>TH</sup> **JUDICIAL DISTRICT** |

## DEFENDANT FIESTA MART, LLC'S ORIGINAL ANSWER, SPECIAL EXCEPTION AND AFFIRMATIVE DEFENSES

NOW COMES Defendant, Fiesta Mart, LLC (incorrectly named as "Fiesta Mart, L.L.C. d/b/a Fiesta #39") ("Defendant" herein), and files its Original Answer, Special Exception and Affirmative Defenses to Plaintiff's Original Petition ("Petition") as follows:

### GENERAL DENIAL

1.      Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant generally denies all of the material allegations contained in the Petition and demands strict proof thereof in accordance with the laws of the State of Texas.

### SPECIAL EXCEPTION

2.      Defendant specially excepts to and moves to strike Plaintiff's allegations of "NEGLIGENCE". Although the petition purports to allege negligence as a cause of action against Defendant, Plaintiff fails to show why premise liability allegations are inadequate. The Texas Supreme Court has dictated that **a premises liability claim is Plaintiff's only viable cause of action when Plaintiff alleges injury resulting from a premises condition**. *H.E. Butt Grocery Co. v. Warner,* 845 S.W.2d 258, 259 (Tex. 1992*); Keetch v. Kroger,* 845 S.W.2d 262, 266 (Tex. 1992).

## **AFFIRMATIVE DEFENSES**

3.      Pleading further, and without waiver of the foregoing, Defendant denies that Plaintiff's injuries and damages, if any, proximately resulted from any act or omission on the part of this Defendant.

4.      Pleading further, and without waiver of the foregoing, Defendant respectfully alleges that Plaintiff's recovery of medical expenses must be limited to costs actually paid or incurred by Plaintiff pursuant to TEX. CIV. PRAC. & REM. CODE ANN. § 41.0105.

5.      Pleading further, and without waiver of the foregoing, Defendant respectfully alleges that Plaintiff's recovery of economic and non-economic damages be limited pursuant to TEX. CIV. PRAC. & REM. CODE ANN. § 41.001, et. seq.

6.      Pleading further, and without waiver of the foregoing, Plaintiff's injuries, and damages, if any, resulted from new and independent causes unrelated to any conduct of Defendant

## **JURY DEMAND**

7.      Defendant demands a trial by jury and submits the appropriate fee.

## **REQUEST FOR RELIEF**

WHEREFORE, Defendant respectfully requests that:

(1)     Plaintiff take nothing by this suit; and

(2)     Defendant recovers such other and further relief, both at law and in equity, to which it is justly entitled.

Respectfully submitted,

**DORSETT, JOHNSON & SWIFT, LLP**

C. Robert Dorsett, Jr.
State Bar No. 24029524
Jessica A. Putonti
State Bar No. 24041295
3503 Wild Cherry Dr., Bldg. 6
Austin, Texas 78738
Telephone:     (512) 600-4365
Facsimile:     (512) 266-3655
E-mail: eservice@dorsettjohnson.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

Pursuant to Texas Rules of Civil Procedure 21 and 21a, a true and correct copy of the foregoing has been served upon all counsel of record, via ProDoc E-Service and Electronic Mail, on this the 20th day of January 2022:

The Huynh Law Firm, PLLC
Pavel "Paul" Savinov
Sarah Y-Nhi Huynh
Michael Alvarez
6100 Corporate Drive, Suite 110
Houston, Texas 77036
Eservice@thehuynhlawfirm.com
***Attorneys for Plaintiff***

C. Robert Dorsett, Jr.

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Michaela  Drinkwater on behalf of C. Dorsett, Jr.
Bar No. 24029524
mdrinkwater@dorsettjohnson.com
Envelope ID: 60993888
Status as of 1/20/2022 2:17 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Dorsett Dorsett | | eservice@dorsettjohnson.com | 1/20/2022 1:50:11 PM | SENT |
| Jessica Putonti | | jputonti@dorsettjohnson.com | 1/20/2022 1:50:11 PM | SENT |
| Pavel Savinov | 24086698 | eservice@thehuynhlawfirm.com | 1/20/2022 1:50:11 PM | SENT |
| Pavel Savinov | | psavinov@thehuynhlawfirm.com | 1/20/2022 1:50:11 PM | SENT |
| Michael Alvarez | | malvarez@thehuynhlawfirm.com | 1/20/2022 1:50:11 PM | SENT |

EXHIBIT "6"

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ROSA ROMERO** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Cause of Action No.** |
| | § | |
| **FIESTA MART, L.L.C. d/b/a** | § | |
| **Fiesta #39** | § | |
| *Defendant.* | § | |

## LIST OF COUNSEL OF RECORD

| Party and Party Type | Attorney(s) |
|---|---|
| Rosa Romero, Plaintiff | Pavel "Paul" Savinov<br>SBN: 24086698<br>Sarah Y-Nhi Huynh<br>SBN: 24092558<br>Michael Alvarez<br>SBN: 24068754<br>6100 Corporate Drive, Suite 110<br>Houston, Texas 77036<br>Tel.: (281) 702-8128<br>Fax: (281) 712-7170<br>E-mail: eservice@thehuynhlawfirm.com |
| Fiesta Mart, LLC, Defendant | C. Robert Dorsett, Jr.<br>State Bar No. 24029524<br>Jessica A. Putonti<br>State Bar No. 24041295<br>3503 Wild Cherry Dr., Bldg. 6<br>Austin, Texas 78738<br>Telephone: (512) 600-4365<br>Facsimile: (512) 266-3655<br>E-mail: eservice@dorsettjohnson.com |

EXHIBIT "7"

CAUSE NO: 2022-01688

| | | |
|---|---|---|
| **ROSA ROMERO** | § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § | |
| | § | |
| **vs.** | § | |
| | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **FIESTA MART, L.L.C. d/b/a** | § | |
| **Fiesta #39** | § | |
| *Defendant* | § | **125TH JUDICIAL DISTRICT** |

## DEFENDANT'S NOTICE OF FILING OF NOTICE OF REMOVAL

On January 21, 2022, Defendant Fiesta Mart, LLC filed a Notice of Removal (attached herein as Exhibit A) in the Office of the Clerk of the United States District Court for the Southern District of Texas, Houston Division.

Respectfully submitted,

**DORSETT, JOHNSON & SWIFT, LLP**

_____

C. Robert Dorsett, Jr.
State Bar No. 24029524
Jessica A. Putonti
State Bar No. 24041295
3503 Wild Cherry Dr., Bldg. 6
Austin, Texas 78738
Telephone:    (512) 600-4365
Facsimile:    (512) 266-3655
E-mail: eservice@dorsettjohnson.com
**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

Pursuant to Texas Rules of Civil Procedure 21 and 21a, a true and correct copy of the foregoing has been served upon all counsel of record, via ProDoc E-Service and Electronic Mail, on this the 21[th] day of January 2022:

The Huynh Law Firm, PLLC
Pavel "Paul" Savinov
Sarah Y-Nhi Huynh
Michael Alvarez
6100 Corporate Drive, Suite 110
Houston, Texas 77036
Eservice@thehuynhlawfirm.com
***Attorneys for Plaintiff***

C. Robert Dorsett, Jr.

EXHIBIT "8"

## AFFIDAVIT OF MICHAEL SALTZSTEIN

STATE OF __California__ §
                                                 §
COUNTY OF **Los Angeles** §

BEFORE ME, the undersigned authority, on this day personally appeared Michael Saltzstein ("Affiant"), who being by me first duly sworn, stated the following under oath:

1. "My name is Michael Saltzstein. I am over twenty-one years of age, of sound mind, have never been convicted of a felony or crime of moral turpitude, and am otherwise qualified to make this affidavit.

2. My job title is Senior Director and Head of Risk Management for Bodega Latina Corp. and the facts stated herein are based on my personal knowledge obtained in that capacity. I have been authorized by Bodega Latina Corp. and Fiesta Mart, LLC to make this statement on their behalf. I am familiar with the corporate structures of Bodega Latina Corp. and Fiesta Mart, LLC in my capacity as Head of Risk Management for Bodega Latina Corp.

3. Defendant Fiesta Mart, LLC is wholly owned by, and a subsidiary of, Bodega Latina Corp. Defendant Fiesta Mart, LLC is a limited liability company with a sole member, Bodega Latina Corp. Bodega Latina Corp. is incorporated in Delaware and maintains its principal place of business in California."

The affiant says nothing further.

_____
Michael Saltzstein

Subscribed and sworn to before me on _April 1_____, 2020.

SONIA ESMERALDA TORRES
Notary Public – California
Los Angeles County
Commission # 2192073
My Comm. Expires May 12, 2021

_____
Notary Public for the State of _California_

My commission expires: _May 12, 2021_
Notary Stamp